AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U S A.

v.

Juan D. Rodriguez

APPEARANCE

CASE NUMBER: 05-M-137M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Juan D. Rodriguez

I certify that I am admitted to practice in this court.

11/18/05
*Date*

[signature]
*Signature*

MARK LAROCHE 4681
*Print Name* *Bar Number*

10 [illegible] ST #515
*Address*

02903
*City* *State* *Zip Code*

751-1919 861-0246
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.