IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 135S |
| | ) | |
| | ) | CR. No. |
| v. | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| JUAN DESIDERIO RODRIGUEZ | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about October 27, 2005, Defendant JUAN DESIDERIO RODRIGUEZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U.S. Attorney

DATE