AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: 05-0135 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Juan D. Rodriguez

I certify that I am admitted to practice in this court.

12/13/05
*Date*

*Signature*

MARK LAROCHE 4681
*Print Name* *Bar Number*

*Address*

*City* *State* *Zip Code*

751-1919 861-0246
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.