AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JUAN DESIDERIO RODRIGUEZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05 135S

I, JUAN DESIDERIO RODRIGUEZ, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Dec. 13, 2005 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan D Rodriguez
JUAN DESIDERIO RODRIGUEZ
*Defendant*

*Counsel for Defendant*

Before David L Martin
*Judicial Officer*

05M5

This form was electronically produced by Elite Federal Forms, Inc.