Source: United Nations Office for the Coordination of Humanitarian Affairs (OCHA)
Date: 09 Oct 2005

# Guatemala: Floods and Mudslides OCHA Situation Report No. 2

Ref: 2005/0157

**OCHA Situation Report No. 2**
**Floods and Mudslides - Guatemala**
**09 October 2005**

Situation

1. In the last seven days, tropical storm "STAN" has caused intermittent rains – intense rains in some zones of the country – causing flooding, slides, collapses, and overflowing of rivers. Mudslides and floods sparked by this storm have killed at least 508 people in Guatemala according to the official figures. According to the CONRED (Executive Secretariat for the National Coordination for Disaster Reduction) informative bulletin issued during the last night there were:

- Missing persons: 337
- Affected persons: 97,872
- Sheltered persons: 84,949
- Affected communities: 421
- Affected houses: 5,118
- Shelters for affected: 255

2. The affected area has increased reaching now 15 departments of Guatemala. There was a continuous increase in the number of affected communities, dwellings, families, and individuals in the country. Because of the significant increase of the quantity of affected and sheltered persons, as well as the number of the basic community services damaged, authorities expect a considerable grow of the support needs.

3. Preliminary estimates of agricultural damages indicate a direct loss of USD 207 million with extremely serious blow to livestock, coffee production and banana plantations. The huge extension of cultivated areas damaged (30,000 km2) will affect negatively the availability of food in a short time, mainly in basic grains as well as commercial crops.

4. Main emergency needs are tents, blankets, mattresses, plastic bedspreads, water, food, medicines, clinic laboratories, latrines, electric generators, gas cylinders, heavy machinery for rehabilitation of affected areas, devices for stocking and final disposition of solid rubbish.

National Response

5. The national Government in cooperation with the UN system prepares a Flash Appeal to request international assistance. Authorities have distributed among the affected populations 43,099 litres of purified water, 6,110 individual food rations, 5,948 family food rations 14,184 blankets.

6. CONRED and other state authorities continue their relief/search and rescue efforts, intense communication and coordination with local authorities and cooperation with various state and non-state organizations. Regional emergency operations centers have been activated.

7. The Ministry of Health has opened an office for emergency aid that should, among others, take care of the minimum health and sanitation requirements for sheltered people.

8. CONRED has established donation points for donations to the sheltered persons providing mainly purified

water, clothes in good condition and food. The operation and information center has been established in CONRED headquarters.

9. Given the ongoing emergency situation and focus on search and rescue operations, a detailed assessment of needs has not yet taken place. In addition to safe water, food and medicines, there will be a need for financing the reconstruction of destroyed houses, water and sanitation systems, kitchen items and disinfectants for water.

International Response

10. The UN OCHA mobilized the UN Disaster Coordination and Assessment Team, which is already in the country. In addition UN OCHA has approved a cash grant from its emergency account to alleviate the suffering of the victims.

11. Multidisciplinary UN interagency teams (WFP, UNICEF, FAO y WHO/PAHO) came back from the preliminary field evaluation mission, finding a desolating situation in terms of roads locked, isolated populations and losses of crops and livestock. On the other side it could be observed in the visited areas the assistance of food, medicines and health services were arriving.

12. Additionally to what it was reported in the previous situation report, the UN System in Guatemala has mobilized the following cooperation and assistance resources:

**UNICEF**

Delivered 40,000 additional re-moisturize salts portions, coming from TACRO (Regional Office) to the Ministry of Health, and pledged to provide the rest to complete the total request for 400,000. Also delivered 78,000 additional tablets of trimetropinsulfa, 91,000 units of acetaminofén, 59,000 flasks of amoxicilina, 30,000 flasks of salbutamol and 80,000 flasks of trimetropin sulfametoxazol. UNICEF has reoriented resources to the emergency for an amount of USD 315,000 and has established arrangements with the Procuraduria de los Derechos Humanos (PDH) and the Secretaría de Bienestar Social de la Presidencia in order to initiate actions to safeguard children in the temporary shelters. UNICEF has provided at the disposal of the emergency services four pediatric doctors, one nutritionist, one water and sanitation technical, one UNV expert in planning, two experts in social protection, one in education and human resources. It has also delivered one mobile plant of water treatment to CONRED.

**WFP**

Distributed 870 metric tons of food including a fortification mix of corn and soybean to 32,800 families in shelters and communities for initial periods of 7 and 15 days respectively.

**UNDP**

Is supporting through the Resident Coordinator the mobilization and work of the UNDAC team from OCHA Geneva.

**WHO/PAHO**

Continues close coordination with the Ministry of Health resulting in a joint definition of the needs and cooperation mechanisms. Made donation of sanitation material and medicines and supported mobilization of the medical brigades, promotion of health, basic sanity and epidemiological surveillance.

Two specialists arrived from the regional office of OPS/OMS to implement the SUMA system in the CONRED and Ministry of Health central storerooms. In addition provided specialist in evaluation of damages and health needs specialist.

Provided USD 125,000 for emergency project and medical brigades allowances, fuel and rent of vehicles for their transportation.

**UNFPA**

Provided USD 20,000 for different emergency supplies

**FAO**

Provided the Government with the services of two technicians to initiate the damages evaluation process in the agriculture, fishing and livestock.

**UNV**

The UNDP/UNV specialists who are in the departments of Huehuetenango, San Marcos, Sololá, El Quiché, Totonicapán y Quetzaltenango, which are part of the main affected areas have established centers and information bridges with the Departmental Government, CONRED, SEGEPLAN, the Executive Secretariat of the Presidency and other state institutions.

**IOM**

Has all his technical and administrative staff in alert to execute the counting of persons affected by the natural phenomena and offered several vehicles for emergency operations.

13. Possible channels for international assistance:

Office of the UN Resident Coordinator in Guatemala:

Representative of UNICEF in Guatemala
Gladys Acosta Vargas
Tel. +(502) 2333-6373
Fax: +(502) 2333-6317
Email: gacosta@unicef.org

Representative of WFP in Guatemala
Guillermina Segura
Tel. +(502) 2333-5928
Fax. +(502) 2333-7423
Email: guillermina.segura@wfp.org

Representative of WHO/PAHO in Guatemala
Dr. Joaquín Molina Leza
Tel. +(502) 2332 2032
Fax. +(502) 2334 3804
Email: molinajo@gut.ops-oms.org

Resident Representative, a.i. of UNDP in Guatemala
Barbara Pesce Monteiro,
Tel. +(502) 2384 3100
Fax. +(502) 2384 3101/02/03
Email: barbara.pesce-monteiro@undp.org

14. OCHA is in close contact with the Office of the United Nations' Resident Coordinator in Guatemala and will revert with further information as it becomes available.

15. This situation report, together with further information on other ongoing emergencies is also available on the OCHA Internet Website at http://www.reliefweb.int.

**MAP:** Guatemala: Floods and mudslides - Situation map (PDF format, 917k)

Telephone: +41-22-917 12 34



# Guatemala: Floods and Mudslides

OCHA Situation Report No. 2
Issued 10 October 2005
GLIDE: TC-2005-000173-SLV

"Mudslides and floods sparked by tropical storm 'STAN' have killed at least 508 people in Guatemala."




The names shown and the designations used on this map do not imply offical endorsement or acceptance by the United Nations.

## SITUATION

The affected area has increased to include the departments of Chimaltenango and Sacatepequez. Continuous increase in affected communities, dwellings, families and individuals in the country. Estimates of agricultural damages indicate loss of USD 207 million.

## ACTION

Government, with the UN, has prepared Flash Appeal to request international assistance. Search and rescue efforts continue. UNDAC Team in the country. Other assistance resources: WFP, UNDP, WHO/PAHO, UNFPA, FAO, UNV, IOM.

Geographic Coordinate system: WGS 1884.
Map data source: UN Cartographic Section, ESRI.
Code: OCHA/GVA - 2005/157

Created by the ReliefWeb Map Centre
Office for the Coordination of Humanitarian Affairs
United Nations - 10 October 2005




Map No. 3834 Rev. 3 UNITED NATIONS
May 2004

Department of Peacekeeping Operations
Cartographic Section